IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION



PEMCO AEROPLEX, INC.,

    Plaintiff,

v.

AMEMBAL CAPITAL CORPORATION, et al.,

    Defendants.

CIVIL ACTION NO.
03-AR-0259-S

ENTERED
APR 22 2003

### MEMORANDUM OPINION

The court has before it the motion of defendant, ACC Capital Corporation, formerly known as Amembal Capital Corporation, to dismiss or, in the alternative, to transfer the above-entitled case to the District Court for the Third Judicial District in and for Salt Lake County, Utah. This court has no authority to transfer a case to a state court except on motion to remand. Nevertheless, the court agrees with defendant that although the forum selection clause it invokes does not establish the exclusive forum, it does override what plaintiff claims to be the more convenient forum it chose. This court does not know the law of Utah and therefore is not sure that Utah's procedures require that the claims of Pemco Aeroplex, Inc. be presented there as a compulsory counterclaim, but this court is satisfied that, whether compulsory or not, Pemco Aeroplex, Inc. can assert the same claims in the Utah court that it is asserting here if it wishes to assert them.



Neither party has informed the court that Pemco Aeroplex, Inc. has removed or intends to remove the case from the District Court for the Third Judicial District in and for Salt Lake County, Utah, to the United States District Court for the District of Utah. If such a removal had taken place, this court would quickly transfer this case to the United States District Court for the District of Utah, because there is no purpose to be served in two cases involving the same parties and issues to proceed simultaneously in two courts in which a final judgment entered in the first resolved case will be *res judicata* in the other case.

Because this court lacks the power to transfer the case to a state court, defendant's motion to dismiss will be granted by separate order, but without prejudice to its right to litigate in Utah.

DONE this 22nd day of April, 2003.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE